🖎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Land O'Lakes, Inc.

              Plaintiff,

     V.

Employers Mutual Liability Insurance Company
of Wisconsin, Travelers Indemnity Company,
Defendant;
Travelers Indemnity Company, Cross Claimant,
Employers Mutual Liability Insurance Company
of Wisconsin, Cross Defendant;
Travelers Indemnity Company, Counter
Claimant,
Land O'Lakes, Inc., Counter Defendant;
Employers Mutual Liability Insurance Company
of Wisconsin, Cross Claimant,
Travelers Indemnity Company, Cross
Defendant;
Employers Insurance Company of Wausau,
Third-Party Plaintiff,
White Mountains Reinsurance Company of
America, Doe Insurer Defendants 1-10, Third-
Party Defendants;
Travelers Indemnity Company, Third-Party
Plaintiff,
White Mountain Reinsurance Company of
America, Doe Insurer Defendants 1-10, Third-
Party Defendants

## JUDGMENT IN A CIVIL CASE

Case Number:  09-cv-693 PJS/TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion of plaintiff Land O' Lakes to supplement the summary-judgment record [Docket No. 230] is DENIED.

2. The motion of plaintiff Land O' Lakes for summary judgment [Docket No. 103] is DENIED.

3. The joint motion of defendants Employers Mutual Liability Insurance Company of Wisconsin and The Travelers Indemnity Company for summary judgment [Docket No. 163] is GRANTED. Plaintiff's complaint [Docket No. 1 Ex. A] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

4. The motion of third-party defendant White Mountains Reinsurance Company of America for summary

judgment [Docket No. 169] is GRANTED.

a. The third-party complaint of defendant Employers Mutual Liability Insurance Company of Wisconsin [Docket No. 40] is DISMISSED WITH PREJUDICE AND ON THE MERITS. b. The third-party complaint of defendant The Travelers Indemnity Company [Docket No. 42] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

March 6, 2012
Date

RICHARD D. SLETTEN, CLERK

s/ Katie Thompson

(By)                    Katie Thompson    Deputy Clerk